BRIAN C. SHAPIRO
ATTORNEY AT LAW:  192789
LAW OFFICES OF LAWRENCE D. ROHLFING
12631 EAST IMPERIAL HIGHWAY, SUITE C-115
SANTA FE SPRINGS, CALIFORNIA  90670-4756
TEL: 562/868-5886
FAX: 562/868-5491
Email:  brian_rohlfing.office@speakeasy.net

Attorney for Plaintiff RICHARD R. HOLLER

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD R. HOLLER, | No.  1:09-CV-0772 GSA |
| Plaintiff, | STIPULATION TO DISMISSAL |
| v. | |
| MICHAEL J. ASTRUE<br>Commissioner of Social Security, | |
| Defendant. | |

The parties, through their undersigned counsel of record, HEREBY STIPULATE, subject to the approval of the Court, to a dismissal of the above-captioned matter, pursuant to Rule 41 (a)(1)(ii) of the Federal Rules of Civil Procedure.  Each party shall bear his/her own costs and expenses.

///
///
///
///
///

-1-

| | | |
|---|---|---|
| 1 | DATED: December 1, 2009 | LAW OFFICES OF LAWRENCE D. ROHLFING |
| 2 | | */s/ - Brian C. Shapiro* |
| 3 | | _____ |
| 4 | | BRIAN C. SHAPIRO<br>Attorney for RICHARD R. HOLLER |

DATED:  December 2, 2009     BENJAMIN B. WAGNER
                             United States Attorney

                             */S/-*Daniel Talber*

                             _____
                             DANIEL TALBERT
                             SPECIAL ASSISTANT AUSA
                             Attorney for Defendant
                             [*By via e-mail authorization 12/2/09]

1
2       IT IS HEREBY ORDERED, based on the stipulation by and between the
3  parties, through their respective counsel, that the court dismisses the above matter
4  pursuant to Rule 41 (a)(1)(ii) of the Federal Rules of Civil Procedure without
5  prejudice. Each side to bear his/her own costs and expenses, including but not
6  limited to attorney's fees.  The Clerk of the Court is directed to close this case.
7
8       IT IS SO ORDERED.
9
10  DATE: December 3, 2009            /s/ Gary S. Austin
                                     The Honorable Gary S. Austin
11                                   United States Magistrate Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28